

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:             01-18-00239-CR

Style:                    Steven Schmidt

                          **v** State of Texas

Date motion filed*:       October 17, 2018

Type of motion:           Motion for extension of time to file appellant's brief

Party filing motion:      Appellant

Document to be filed:     Appellant's Brief

Is appeal accelerated? No

If motion to extend time:

        Original due date:        July 18, 2018

        Number of previous extensions granted:    3        Current Due date:  October 17, 2018

        Date Requested:           November 16, 2018

Ordered that motion is:

    ☐Granted

        If document is to be filed, document due:

        ☐    The Court will not grant additional motions to extend time

    ☒Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐Other: _____

        **We order appellant's brief to be filed within 10 days from the date of this order.** *See* **TEX. R. APP. P. 38.6(a), (d).**

Judge's signature/s/ Shery Radack
        ☒  Acting individually    ☐  Acting for the Court

Panel consists of _____

Date:  10/23/18